1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    JACQUELINE WILLIAMS, et al.,              Case No.  16-cv-02209-SK
            Plaintiffs,
8
         v.                                     **ORDER REGARDING PLAINTIFFS'**
9                                               **APPLICATION TO PROCEED IN**
     JOSEPH TOBENER LAW CENTER, et al.,         **FORMA PAUPERIS**
10
            Defendants.
11                                              Regarding Docket No. 2

12          Plaintiffs Jacqueline Williams ("Williams") and Christopher Moore ("Moore")

13   (collectively referred to as "Plaintiffs") filed a complaint on April 22, 2016.  Williams, but not

14   Moore, filed an application to proceed *in forma pauperis*.  It is not enough that Williams filed an

15   application.  Where, as here, there is more than one plaintiff in a single action, "the plaintiffs may

16   not proceed *in forma pauperis* unless all of them demonstrate inability to pay the filing fee."

17   *Darden v. Indymac Bancorp, Inc.*, 2009 WL 5206637 (E.D. Cal. Dec.23, 2009); *see also Anderson*

18   *v. State of California*, 2010 WL 4316996 (S.D. Cal. Oct.27, 2010).

19          The Court HEREBY RESERVES RULING on the application to proceed *in forma*

20   *pauperis* that was filed by Williams.  Moore is ORDERED to either submit his own an application

21   or pay the filing fee no later than May 10, 2016.  Failure to do so will result in dismissal of this

22   action without prejudice.

23          The Court hereby advises Plaintiffs that the district court has produced a guide for pro se

24   litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which

25   provides instructions on how to proceed at every stage of your case, including discovery, motions,

26   and trial.  It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard

27   copy free of charge from the Clerk's Office.  The Court further advises Plaintiff that she also may

28   wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at

United States District Court
Northern District of California

1    415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on

2    the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney

3    who may be able to provide basic legal help, but not legal representation.

4         **IT IS SO ORDERED**.

5    Dated: April 28, 2016



6    _____

7    SALLIE KIM
     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2