UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH TOBENER LAW CENTER, et al., <br><br> Defendants. | Case No. 16-cv-02209-SK <br><br> **FURTHER ORDER REGARDING PLAINTIFFS' APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> Regarding Docket No. 2 |

Plaintiffs Jacqueline Williams ("Williams") and Christopher Moore ("Moore") (collectively referred to as "Plaintiffs") filed a complaint on April 22, 2016. Williams, but not Moore, filed an application to proceed *in forma pauperis*. On April 28, 2016, the Court issued an Order requiring Moore to either submit his own an application to proceed *in forma pauperis* or pay the filing fee no later than May 10, 2016. The Court admonished the parties that the failure to do so would result in dismissal of this action without prejudice.

On May 11, 2016, Williams filed a letter stating her intent to "drop" Moore from this lawsuit. However, as a *pro se* party, Williams cannot represent Moore, and, thus, cannot dismiss his claims. *See Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998). Moore must either appear on his own behalf or through counsel. The Court will extend the time for Moore to respond. By no later than June 2, 2016, Moore shall: (1) submit his own an application to proceed *in forma pauperis*; (2) pay the filing fee; or (3) voluntarily dismiss his claims. The Court again admonishes the parties that the failure to comply with this Order will result in a dismissal of this action without prejudice.

The Court again advises Plaintiffs that the district court has produced a guide for pro se litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of your case, including discovery, motions,

and trial.  It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard copy free of charge from the Clerk's Office.  The Court further advises Plaintiff that she also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: May 12, 2016



_____
SALLIE KIM
United States Magistrate Judge