UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH TOBENER LAW CENTER, et al.,<br><br>    Defendants. | Case No. 16-cv-02209-SK<br><br>**ORDER REGARDING PLAINTIFF'S AMENDED COMPLAINT**<br><br>Regarding Docket No. 12 |

On June 6, 2016, the Court granted the application to proceed *in forma pauperis* filed by Plaintiff Jacqueline Williams ("Plaintiff"), who is proceeding *pro se*. However, the Court dismissed the action without prejudice based on Plaintiff's failure to plead sufficient facts to state a federal claim. Plaintiff filed an amended complaint on July 7, 2016. Although her allegations are still difficult to decipher, it appears as though, read liberally, that Plaintiff pleads sufficient facts to state a claim under 42 U.S.C. § 1981, which prohibits racial discrimination through both state and private action. *See Evans v. McKay,* 869 F.2d 1341, 1344 (9th Cir. 1989 (quoting 42 U.S.C. § 1981(b)). To state a claim under Section 1981, a plaintiff must identify an impaired contractual relation, by showing that intentional racial discrimination prevented the creation of a contractual relationship or impaired an existing contractual relationship. *Domino's Pizza, Inc. v. McDonald,* 546 U.S. 470, 476 (2006). It appears as though Plaintiff alleges that Defendants breached a retainer agreement by failing to pay Plaintiff all of the money owed to her pursuant to that agreement. Plaintiff also alleges that Defendants' conduct in breaching the agreement was racially motivated.

Accordingly, the Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal

1  for the Northern District of California shall serve, without prepayment of fees, a copy of the
2  complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendants.
3  The Court FURTHER ORDERS that the initial case management conference is RESET for
4  **October 12, 2016 at 1:30 p.m**.  Accordingly, the last day to: (1) meet and confer regarding initial
5  disclosures, early settlement, ADR selection, and the discovery plan; (2) file an ADR Certification
6  signed by the parties and counsel; and (3) file either a stipulation to an ADR process or a notice of
7  a need for an ADR phone conference is **September 21, 2016**.  *See* Fed. R. Civ. P. 26(f); N.D.
8  ADR L.R. 3-5; N.D. Civ. L.R. 16-8.  The last day to file a Rule 26(f) Report, complete initial
9  disclosures, and file a case management statement is **October 5, 2016**.
10 The Court again advises Plaintiff that the district court has produced a guide for pro se
11 litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which
12 provides instructions on how to proceed at every stage of your case, including discovery, motions,
13 and trial.  It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard
14 copy free of charge from the Clerk's Office.  The Court further advises Plaintiff that she also may
15 wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at
16 415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on
17 the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney
18 who may be able to provide basic legal help, but not legal representation.
19 **IT IS SO ORDERED**.
20 Dated: July 13, 2016



SALLIE KIM
United States Magistrate Judge